In re: Ralph N. PEYTON and Mary S. Peyton, Debtors.

Tustin Thrift & Loan Association, Appellant,

v.

Ralph N. Peyton; Mary S. Peyton, Appellees.

No. 00–17531.

BAP No. NC–00–01281–RRyP.

United States Court of Appeals, Ninth Circuit.

Dec. 17, 2001 \*.

Decided Dec. 27, 2001.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before SCHROEDER, Chief Judge, TROTT and PAEZ, Circuit Judges.

## MEMORANDUM \*\*

Tustin Thrift & Loan Association ("Tustin") appeals the Bankruptcy Appellate Panel's ("BAP") judgment affirming a bankruptcy judge's order discharging Ralph and Mary Peyton's debt to Tustin. We have jurisdiction pursuant to 28 U.S.C. § 158(d). We independently review the bankruptcy court's rulings on appeal from the BAP, *Cool Fuel, Inc. v. Bd. of Equalization (In re Cool Fuel, Inc.)*, 210 F.3d 999, 1001–02 (9th Cir.2000), and we affirm.

Because the Peytons disclosed information about their other loan obligation and did not make any misrepresentations to the original lender, the bankruptcy court did not err by finding that the Peytons lacked the requisite intent to defraud Tustin. *See* 11 U.S.C. § 523(a)(2)(B).

AFFIRMED.

Larry Dale ALLEN, Plaintiff— Appellant,

v.

BOEING COMPANY, a Delaware corporation doing business in the State of Washington, Defendant—Appellee.

No. 00–35562.

D.C. No. CV–99–01262–TSZ.

United States Court of Appeals, Ninth Circuit.

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the

Submitted Dec. 17, 2001 *.

Decided Dec. 27, 2001.

Before SCHROEDER, Chief Judge, TROTT and PAEZ, Circuit Judges.

## MEMORANDUM **

Larry Dale Allen appeals the district court's summary judgment in favor of Boeing Company in his wrongful discharge action pursuant to the Family and Medical Leave Act, ("FMLA"), 29 U.S.C. § 2617(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's summary judgment, *Margolis v. Ryan*, 140 F.3d 850, 852 (9th Cir.1998), and we affirm.

The district court properly granted summary judgment in favor of Boeing. Allen may not assert FMLA protections for his absence from work because Allen did not timely notify his employer that his absence from work was due to a bout of the gout. *See* 29 C.F.R. § 825.208(e)(1); *Rowe v. Laidlaw Transit, Inc.*, 244 F.3d 1115, 1118 (9th Cir.2001).

AFFIRMED.

---

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Allen's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.